**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| VINCENT LAROY NICHOLSON, Sr., | ) | **No. SA CV 13-01517-VBF (PLA)** |
| Petitioner, | ) | **ORDER ACCEPTING** |
| | ) | **MAGISTRATE JUDGE'S** |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| DAVID LONG, Warden, | ) | Denying the Habeas Corpus Petition; |
| | ) | |
| Respondent. | ) | Dismissing the Action with Prejudice |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. § 2254 habeas corpus petition (Document ("Doc") 1), respondent's Answer (Doc 9) and accompanying memorandum of points and authorities (Doc 9-2), petitioner's reply (Doc 11), all the records and files herein, the Magistrate Judge's well-reasoned Report and Recommendation (Doc 13), and the applicable law. Despite being afforded an extension of time in which to object to the R&R, petitioner did not file any objections by the extended deadline, nor did he seek a further extension of time.  The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.      The Report and Recommendation is accepted.

2.      The petition for a writ of habeas corpus is denied.

3.      This action is dismissed with prejudice.

4.     As required by Fed. R. Civ. P. 58(a), final judgment consistent with this order will be entered by separate document.

5.     The clerk shall serve this order and the judgment on all counsel or parties of record.

Dated:     August 29, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE