UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| VINCENT LAROY NICHOLSON, Sr., | ) | No. SA CV 13-01517-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DAVID LONG, Warden, | ) | |
| Respondent. | ) | |

 Pursuant to the order accepting the magistrate judge's report and recommendation, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED: August 29, 2014

                /s/ Valerie Baker Fairbank

               HONORABLE VALERIE BAKER FAIRBANK
               SENIOR UNITED STATES DISTRICT JUDGE